## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE,** | : | **Civil Action No. 1:07-CV-01288** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Kane)** |
| **v.** | : | |
| | : | |
| **CENTRAL DAUPHIN SCHOOL** | : | |
| **DISTRICT, et al.,** | : | |
| **Defendants** | : | |

### ORDER

Before the Court is Plaintiff's request for leave to proceed under the pseudonym "Jane Doe." (Doc. No. 3.) Although Plaintiff's request is not accompanied by a certificate of concurrence, see L.R. 7.1, Defendants have not raised any objection to Plaintiff proceeding pseudonymously. The Court has considered the arguments advanced by Plaintiff in her motion, and finds that good cause exists to allow her to proceed as "Jane Doe."

**AND NOW**, this 11th day of January, 2008, **IT IS HEREBY ORDERED THAT** Plaintiff's request for leave to proceed with a pseudonym (Doc. No. 3) is **GRANTED**. Should countervailing interests or other circumstances warranting reconsideration become apparent, the Court may, on its own or upon request, revisit this determination and modify this order.

s/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania